ORDERED.

Dated: June 04, 2019

_____
Roberta A. Colton
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re

Carrie Bishop Kern
aka Carrie Lynn Bishop Kern
aka Carrie Lynn Bishop-Kern

       CHAPTER   7
       CASE NO.   8:18-bk-07770-RCT

    Debtor(s)
_____/

**ORDER GRANTING MOTION FOR RELIEF FROM STAY (DOC. NO. 28) FILED BY GTE FEDERAL CREDIT UNION DBA GTE FINANCIAL REGARDING REAL PROPERTY**

THIS CAUSE came on for consideration upon the Motion For Relief From Stay regarding REAL PROPERTY LOCATED: 3804 CORTEZ UNIT D TAMPA, FL 33614, LEGALLY DESCRIBED AS: CORTEZ OF CARROLLWOOD A CONDOMINIUM BUILDING 2 TYPE 1/1 3804 D CORTEZ CIRCLE .3630% OF OWNERSHIP IN COMMON ELEMENTS, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK CB02, PAGE 39, PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA. ("Collateral") filed by GTE FEDERAL CREDIT UNION DBA GTE FINANCIAL ("Creditor"). The Motion was served on interested parties with the Local Rule 2002-4 Negative Notice legend informing the parties of their opportunity to respond.  No party filed a response within the time

permitted. Therefore, the Court deems the matter unopposed. Accordingly, it is

ORDERED as follows:

1. Creditor's Motion For Relief From Stay is granted.

2. The automatic stay imposed by 11 U.S.C. Section 362 is hereby terminated to permit Creditor to commence, or recommence as the case may be, prosecute, and complete through final judgment, sale and issuance of a Writ of Possession and Certificate of Title a mortgage foreclosure action in state court with respect to the ("Collateral") described as: REAL PROPERTY LOCATED: 3804 CORTEZ UNIT D TAMPA, FL 33614, LEGALLY DESCRIBED AS: CORTEZ OF CARROLLWOOD A CONDOMINIUM BUILDING 2 TYPE 1/1 3804 D CORTEZ CIRCLE .3630% OF OWNERSHIP IN COMMON ELEMENTS, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK CB02, PAGE 39, PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA.

3. The relief granted here permits the Creditor to seek and obtain in rem relief against the collateral/property only and does not permit the Creditor to seek or obtain in personam relief against the Debtor(s).

4. Attorney's fees and costs of up to $531.00 are hereby awarded for the prosecution of this Motion for Relief from Stay but are not recoverable from the Debtor or the Debtor's bankruptcy estate.

5. The fourteen (14) day period in Bankruptcy Rule 4001 (a)(3) is waived as requested in the Creditor's Motion. The automatic stay shall terminate immediately upon the entry of this Order.

###

Attorney Nicole Mariani Noel is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a proof of service within three days of the entry of this order.